RECEIVED
JUL 16 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

Lakshmi feryette Richardson )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 7:15-CV-148-BO
(To be assigned
by the Clerk of
District Court)

vs.

Smithfield farmland tarheel )
_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

Plaintiff resides at: 3919 Summerfield Lane, Fayetteville NC 28306

Defendant(s) name(s) and address(es), if known: Smithfield farmland Corp. tarheel

1

Jurisdiction in this court is based on: _____

The acts complainted of in this suit concern: harrasment by Supervisor tarvaris and I Lakshmi have been writting letters to HR they never responded to me concerning my matters

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Because of the many letter i have written to HR they stamped the letter w/date. no one acted if want i wanted mattered at all I have been humiliated, embarrassed, lied on by other supervisors when all I did was go to work and did my job. I was suspended four times, written up about three times yelled at by my supervisor to the point of me hitting him and cursing him out. Tavaris my supervisor has been written up by several employee and some in my department but he still has his job A young lady wrote him up for telling her she stayed off work to get some dick and yes he still has his job etc.

7-11-15  Lakshmi F. Richardson
Date        Signature of Plaintiff

3919 Summerfield Lane
Fayetteville, NC 28306
(334) 408-4755
Address and Telephone Number of Plaintiff