UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAKSHMI FERYETTE RICHARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:15-CV-148-BO |
| | ) | |
| SMITHFIELD PACKING FARMLAND TARHEEL, | ) ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** plaintiff's application to proceed *in forma pauperis* is ALLOWED, and plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction.

This case is closed

**This Judgment was filed and entered on September 21, 2015, and copies sent to:**

Lakshmi Feryette Richardson via US Mail to 3919 Summerfield Lane, Fayetteville, NC 28306

DATE                                          **JULIE RICHARDS JOHNSTON, CLERK**
September 21, 2015                      By: /s/Lindsay Romine
                                                                           Deputy Clerk